■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERMAINE DANIELS, Appellant. [18 NYS3d 857]—Appeals having been taken to this Court by the above-named appellant from

judgments of the Supreme Court, New York County (Jill Konviser, J.), rendered on or about October 23, 2013, said appeals having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgments so appealed from be and the same are hereby affirmed. Concur—Friedman, J.P., Acosta, Renwick, Andrias and Moskowitz, JJ.